268

PER CURIAM.

(No. 73—CC—134

PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 11, 1973.*

PASSAVANT MEMORIAL AREA HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—141

ARTHUR WHITE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 11, 1973.*

ARTHUR WHITE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.